# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

April 17, 2014

<u>Via Electronic Case Filing & First Class Mail</u>
Honorable Laura Taylor Swain
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *Abraham Campos, et al. v. ASC, Inc., et al.* Index No: 14-cv-1900 (LTS)

Dear Judge Swain:

  We submit this correspondence to advise that Russell J. Platzek is no longer employed with our Firm. We respectfully request that you remove him from the docket immediately on *Abraham Campos, et al. v. ASC, Inc., et al.* Index No: 14-cv-1900 (LTS).

  Should you have any questions or concerns, please contact the undersigned.

              Respectfully,

              _____
              Michael J. Borrelli, Esq. (MB 8533)
                *Managing Member*

MJB:ps